UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER J. CARLSON,

               Plaintiff,

     v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS,
et al.,

               Defendant.

CASE NO. 2:25-cv-02726-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: March 30, 2026

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Christopher J. Carlson, proceeding *pro se*, initiated this civil rights action on December 29, 2025. *See* Dkt. 1. On January 20, 2026, Plaintiff filed an Application to Proceed *In Forma Pauperis* (IFP). Dkt. 3. The Court reviewed Plaintiff's IFP Application and his proposed complaint and, on January 23, 2026, the Court directed Plaintiff to show cause why he could not pay the filing fee and directed Plaintiff to file an amended complaint because he failed to state a claim in his proposed complaint. Dkt. 4. The Court directed Plaintiff to respond to the Order on or before February 24, 2026, and warned Plaintiff

REPORT AND RECOMMENDATION - 1

that the Court would recommend dismissal of this action if Plaintiff did not show cause or pay the filing fee and correct deficiencies of the proposed complaint. *See id.*

Plaintiff has failed to comply with the Court's Order. He has not paid the filing fee or shown cause why the IFP Application should not be denied. He also failed to file a proposed amended complaint that cures the deficiencies of his proposed complaint. Further, as discussed in the Order, in the proposed complaint, Plaintiff failed to state a claim upon which relief can be granted. *See* Dkt. 4. Accordingly, the Court recommends this case be dismissed without prejudice for failure to pay the filing fee, failure to follow a Court order, and failure to state a claim.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on March 30, 2026.

Dated this 9th day of March, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2